UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSHINE T DEERING,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF MARIN, et al.,<br><br>   Defendants. | Case No.26-cv-01599-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 9 |

  **YOU ARE NOTIFIED THAT** a Case Management Conference is set for June 30, 2026 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due by June 23, 2026.  This proceeding will be held via a Zoom webinar.

Dated: March 23, 2026

          Mark B. Busby
          Clerk of Court, United States District Court

          By: _____
          Dianna Shoblo, Deputy Clerk to the
          Honorable JON S. TIGAR

United States District Court
Northern District of California