| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| **Law Office of Richard J. Meechan**<br>**P.O. Box 369**<br><br>TELEPHONE NO.: **707-528-4409**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Sunshine T. Deering** | |

| **United States District Court, Northern District of California** |
|---|
| STREET ADDRESS: **1301 Clay St. Suite 400 S** |
| MAILING ADDRESS: **1301 Clay St. Suite 400 S** |
| CITY AND ZIP CODE: **Oakland 94612** |
| BRANCH NAME: **Ronald V. Dellums Federal Building** |

| | |
|---|---|
| PLAINTIFF/PETITIONER: **Sunshine T. Deering** | CASE NUMBER: |
| DEFENDANT/RESPONDENT: **COUNTY OF MARIN, A GOVERNMENTAL ENTITY; ET AL.** | **4:26-cv-01599-JST** |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**4:26-cv-01599_Deering_v_Marin** |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; COMPLAINT**

3. a. Party served *(specify name of party as shown on documents served)*:
   **County of Marin**

   b. **[X]** Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
   **Heather Csllan -Administrative Services Technician, PERSON IN CHARGE of County of Marin**
   **I delivered the documents to Heather Csllan -Administrative Services Technician who identified themselves as the person in charge with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.**

4. Address where the party was served:
   **3501 Civic Center Dr, San Rafael, CA 94903**

5. I served the party *(check proper box)*

   a. **[X]** **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **04/21/2026** at *(time)*: **11:00 AM**
   **Heather Csllan -Administrative Services Technician**
   **I delivered the documents to Heather Csllan -Administrative Services Technician who identified themselves as the person in charge with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'10"-6'0" tall and weighing 200-240 lbs.**

   b. **[ ]** **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) **[ ]** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) **[ ]** **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) **[ ]** **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10

Tracking #: **0219568198**

REF: **4:26-cv-01599_Deering_v_Marin**

| PLAINTIFF/PETITIONER: Sunshine T. Deering | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   COUNTY OF MARIN, A GOVERNMENTAL ENTITY; ET AL. | 4:26-cv-01599-JST |

(4) **[X]** I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*　　　 from *(city):*　　　 **or [X]** a declaration of mailing is attached.

(5) **[X]** I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*　　　　　　　　(2) from *(city):*

   (3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

a. [ ] as an individual defendant.

b. [ ] as the person sued under the fictitious name of *(specify):*

c. [ ] as occupant.

d. **[X]** On behalf of *(specify)* **County of Marin c/o Brian Washington, County Counsel**

   under the following Code of Civil Procedure section:

| | | |
|---|---|---|
| **[X]** 416.10 (corporation) | | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | | [ ] 415.46 (occupant) |
| | | [ ] other: |

7.  **Person who served papers**

a.  Name:　　　　　**Ivery Rodriguez**
b.  Address:　　　　**248 3rd St., 550, Oakland, CA 94607**
c.  Telephone number:　**510-693-3856**
d.  The fee for service was: **$ 106.00**
e.  I am:

   (1) [ ] not a registered California process server.

   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

   (3) **[X]** registered California process server:
     (i) [ ] owner　[ ] employee　**[X]** independent contractor.　For:　　**ABC Legal Services, LLC**

     (ii) **[X]** Registration No.: **1612**　　　　　Registration #: **6779**

     (iii) **[X]** County:　　**Alameda County**　　　County:　　**Los Angeles**

**BY FAX**

**Page 2 of 3**

POS-010 [Rev. January 1, 2007]


REF: **4:26-cv-01599_Deering_v_Marin**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0219568198**

8.  [X]  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9.  [ ]  **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.


Date:  04/21/2026

_____
**Ivery Rodriguez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

**Page 3 of 3**



REF: **4:26-cv-01599_Deering_v_Marin**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0219568198**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Law Office of Richard J. Meechan**<br>**P.O. Box 369**<br><br>TELEPHONE NO.: **707-528-4409**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **Sunshine T. Deering** | ***FOR COURT USE ONLY*** |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **1301 Clay St. Suite 400 S**<br>MAILING ADDRESS: **1301 Clay St. Suite 400 S**<br>CITY AND ZIP CODE: **Oakland 94612**<br>BRANCH NAME: **Ronald V. Dellums Federal Building** | |

| PLAINTIFF/PETITIONER: **Sunshine T. Deering** | CASE NUMBER:<br><br>**4:26-cv-01599-JST** |
|---|---|
| DEFENDANT/RESPONDENT: **COUNTY OF MARIN, A GOVERNMENTAL ENTITY; ET AL.** | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>**4:26-cv-01599_Deering_v_Marin** |

Party to Serve:
**County of Marin c/o Brian Washington, County Counsel**

Documents:
**SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; COMPLAINT**

Service Address:
**3501 Civic Center Dr, San Rafael, CA 94903**

I declare the following attempts were made to effect service by personal delivery:
**4/18/2026 11:04 AM: There was no answer at the address. At the address I observed a call/mail box listing subject.**
**4/20/2026 7:31 PM: There was no answer at the address.**

Person who performed diligence:
**Ivery Rodriguez**
**248 3rd St. 550, Oakland, CA 94607**
**510-693-3856**

 I am a registered California process server
    Registration No.:    1612
    County:         Alameda County

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date:   04/21/2026

_____
Ivery Rodriguez
(NAME OF PERSON WHO PERFORMED DILIGENCE)

_____
(SIGNATURE)

**BY FAX**

Tracking #: **0219568198**

REF: **4:26-cv-01599_Deering_v_Marin**