BRIAN E. WASHINGTON, COUNTY COUNSEL
Michael C. Zimmermann, Deputy County Counsel (SBN 322431)
Valerie Berg, Deputy County Counsel (SBN 278322)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF MARIN
3501 Civic Center Drive, Suite 275
San Rafael, CA 94903
Tel.: (415) 473-6117
Fax: (415) 473-3796
michael.zimmermann@marincounty.gov
valerie.berg@marincounty.gov

Attorneys for Defendant
COUNTY OF MARIN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSHINE T. DEERING,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF MARIN, a Governmental Entity, CHRIS PERINE, an Individual; LEE LANCASTER, an Individual; JOSH LOWERY, an Individual,<br><br>        Defendants. | Case No.: 4:26-cv-01599-JST<br><br>**STIPULATION RE: DEFENDANT COUNTY OF MARIN'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

STIPULATION RE: DEFENDANT COUNTY OF MARIN'S ANSWER TO PLAINTIFF'S FIRST
AMENDED COMPLAINT
4:26-cv-01599-JST

Pursuant to Local Rule 6-1(a), Plaintiff SUNSHINE T. DEERING ("Plaintiff") and Defendant COUNTY OF MARIN hereby submit this Stipulation Re: Defendant County of Marin's Answer to Plaintiff's First Amended Complaint:

1.    The parties, by and through their respective attorneys hereby stipulate and agree to extend the time within which Defendant County of Marin will answer Plaintiff's First Amended Complaint to May 26, 2026.

The Parties attest that concurrence in the filing of this document has been obtained from each of the signatories, which shall serve in lieu of their signatures on this document.

Dated: May 6, 2026                          LAW OFFICE OF RICHARD J. MEECHAN

                                            By: /s/ Benjamin Karpilow
                                                Benjamin Karpilow
                                                Attorney for Plaintiff
                                                SUNSHINE T. DEERING

Dated: May 6, 2026                          OFFICE OF THE COUNTY COUNSEL
                                            COUNTY OF MARIN

                                            By: /s/ Michael C. Zimmermann
                                                Michael C. Zimmermann
                                                Valerie Berg
                                                Attorneys for Defendant
                                                COUNTY OF MARIN

STIPULATION RE: DEFENDANT COUNTY OF MARIN'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT
4:26-cv-01599-JST