UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNSHINE T DEERING,

Plaintiff,

v.

COUNTY OF MARIN, et al.,

Defendants.

Case No. 26-cv-01599-JST

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

Pursuant to Local Rule 72-1, this matter is referred for random assignment to a United States Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: June 30, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California